Courgi v Cushman & Wakefield 1, Inc. (2026 NY Slip Op 00688)

Courgi v Cushman & Wakefield 1, Inc.

2026 NY Slip Op 00688

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, OGDEN, AND DELCONTE, JJ.

80 CA 25-00831

[*1]KARIM COURGI, INDIVIDUALLY AND AS A MEMBER OF SYRACUSE HOUSING LLC, POINT GROVE LLC, BELLEVUE APTS LLC, AND BRADFORD HEIGHTS LLC, PLAINTIFF-APPELLANT,
vCUSHMAN & WAKEFIELD 1, INC., PYRAMID BROKERAGE COMPANY, INC., AND JOHN CLARK, DEFENDANTS-RESPONDENTS.

GALLI LAW, PLLC, SYRACUSE (ANTHONY C. GALLI OF COUNSEL), FOR PLAINTIFF-APPELLANT.
COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (ELIZABETH A. HOFFMAN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered November 20, 2024. The order, among other things, granted defendants' motion to dismiss the complaint in its entirety. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 30, 2026,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court